# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No.: 4:10-CV-2605-VEH** |
| ) | |
| **CERTAIN REAL PROPERTY** ) | |
| **LOCATED AT 3621 CREEK PATH** ) | |
| **ROAD, GUNTERSVILLE,** ) | |
| **ALABAMA, TOGETHER WITH** ) | |
| **ALL IMPROVEMENTS,** ) | |
| **FIXTURES, AND** ) | |
| **APPURTENANCES THEREON,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER DISMISSING CASE

This matter is before the court on Plaintiff's Motion to Dismiss (doc. 17) pursuant to Rule 41(a)(2), FED. R. CIV. P. The Motion states that all of the issues regarding the forfeiture of the Defendant Property and the interests of the Claimants thereto have been resolved, and asks this court to dismiss this action.

For good cause shown, the Motion is hereby **GRANTED**. This action is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid.

The status conference set for August 10, 2012, is cancelled.

**DONE** and **ORDERED** this the 8th day of August, 2012.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge